UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CARA L. HICKS,

        PLAINTIFF,

                      CASE NO. 2:14-CV-2418
                      CHIEF JUDGE EDMUND A. SARGUS, JR.
v.                  MAGISTRATE JUDGE ELIZABETH P. DEAVERS

COMMISSIONER OF
SOCIAL SECURITY,

        DEFENDANT.

## ORDER

On February 8, 2016, the Magistrate Judge issued a Report and Recommendation proposing that the decision of the Commissioner of Social Security denying benefits in this case be affirmed. The Plaintiff thereafter filed a timely objection, together with supporting law and argument.

The undersigned has reviewed the objections raised by the Plaintiff. In the Court's view, this case is close. The claimant, although of a younger age (46), has several severe impairments. She has undergone spinal fusion surgery and, as recognized by the Administrative Law Judge (ALJ), cannot perform her prior work as a floor nurse. Nonetheless, the undersigned cannot say that the decision was not based upon substantial evidence. Were this Court tasked with deciding this case, rather than reviewing the decision of the ALJ, the outcome may have been different. So long as substantial evidence supports the decision of the ALJ, and it is not otherwise contrary to law, the decision must be affirmed by this Court. *Blakley v. Comm'r of Soc. Sec.*, 581 F.3d 399, 406 (6th Cir. 2009).

Based upon the foregoing, the decision of the Commissioner of Social Security denying benefits is AFFIRMED.

**IT IS SO ORDERED.**

___3-30-2016___  
**DATE**

_____  
**EDMUND A. SARGUS, JR.**  
**CHIEF UNITED STATES DISTRICT JUDGE**